

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2021

No. 04-20-00530-CV

Abelardo G. **GONZALEZ,**
Appellant

v.

Isidro R. **ALANIZ** and Pedro Morales,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2020CVK001190D1
Honorable Jose  A. Lopez, Judge Presiding

# O R D E R

On February 10, 2021, Appellant Abelardo G. Gonzalez, acting pro se, moved this court to borrow a copy of the reporter's record.

Appellant is indigent, and the clerk of this court has sent Appellant a free copy. Therefore, Appellant's motion is MOOT.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2021.

MICHAEL A. CRUZ, Clerk of Court